**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MOHAMED M EL SHAMY** | **CASE NO. 1:26-CV-3220** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

Before the Court is an Emergency Motion for Temporary Restraining Order ("TRO") and Motion for Expedited Hearing [Doc. No. 2] filed by Petitioner Mohamed M. El Shamy ("Petitioner").

**IT IS ORDERED** that Petitioner's Motion as to the TRO is **GRANTED.** Accordingly, a stay of Petitioner's removal is imposed pending the Court's ruling on the Habeas Petition, based on Respondents' apparent failure to comply with the requirements set forth in 8 C.F.R. § 241.4(l) and the Petitioner's likelihood of imminent removal.[1]

**IT IS FURTHER ORDERED** that Petitioner's Motion as to an Expedited Hearing is **DENIED**.

MONROE, LOUISIANA, this 25th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

[1] Petitioner has represented to the Court that he was informed that his removal would occur within hours following the filing of this Order.